UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00146-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MONICA J. THOMAS | |

On motion of the Defendant, Monica J. Thomas, and for good cause shown, it is hereby ORDERED that [DE 19] be sealed until further notice by this Court.

IT IS SO ORDERED.

This  28th  day of March, 2018.

_____
LOUISE WOOD FLANAGAN
United States District Judge