UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO.7:17-CR-146-FL-1

| UNITED STATES OF AMERICA<br>v.<br>MONICA J. THOMAS | **ORDER TO SEAL** |
|---|---|

On motion of the Defendant, Monica J. Thomas (DE 29), and for good cause shown, it is hereby ORDERED that the motion to seal the sentencing memorandum (DE 28) be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that a public information may compromise her personal privacy.

Accordingly, it is ORDERED that defendant's sentencing memorandum (DE 28) be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 29th day of May, 2018.

Louise W. Flanagan

LOUISE W. FLANAGAN
United States District Court Judge